JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| JOSE OCTAVIO AGUIRRE-GONZALEZ, | ) No. ED CV 17-01093-FMO (JDE) |
|---|---|
| Petitioner, | ) JUDGMENT |
| v. | ) |
| CYNTHIA ENTZEL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.


Dated: January 25, 2018


_____/s/_____
FERNANDO M. OLGUIN
United States District Judge